FILED

2012 Feb-07  AM 08:48
U.S. DISTRICT COURT
N.D. OF ALABAMA



**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **MYRON PUTMAN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case Number  2:10-CV-1054-SLB** |
| | ) | |
| **STERILITE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## MEMORANDUM OPINION

On October 31, 2011, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge.  No objections have been filed by plaintiff or defendant.

After careful consideration of the record in this case and the magistrate judge's report and recommendation, the court hereby **ADOPTS** the report of the magistrate judge.  The court further **ACCEPT**S the recommendations of the magistrate judge that the defendant's Motion for Summary Judgment (doc. 18) is due to be granted; plaintiff's Motion to Compel (doc. 16) and his Motion to Strike (doc. 26) are both due to be deemed Moot; and this action is due to be dismissed with prejudice.

An Order in accordance with these findings will be entered contemporaneously with this Opinion.

**DONE**, this 7th day of February, 2012.

SHARON  LOVELACE  BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE